AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ16-5023
) 
Residence and Vehicle of Daniel Seth Franey )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Western District  District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   February 19, 2016
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Feb. 5, 2016 @ 4:34 pm          _Karen L. Strombom_
                                                         *Judge's signature*

City and state:  Tacoma, Washington              Magistrate Judge Karen L. Strombom
                                                  *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A
### Places to be Searched

1. Residence of Daniel Seth Franey, located at 25 Fairbairn Road, Montesano, Washington, including any sheds and/or outbuildings on this property. The property is further described as: a blue/green, single-story family residence on 2.05 acres of land. There are also two outbuildings/sheds that have been observed on the property, located on the westernmost portion of the property. There also may be other outbuildings, including a possible pump house.

2. 1997 Lincoln Town Car, bearing Washington license plate B00263K and VIN 1LNLM81W3VY705883, registered to Daniel Seth Franey.

## ATTACHMENT B
### Items To Be Searched For And Seized

The items to be searched for and seized are the following items or materials that may contain evidence of the commission of, the fruits of, or property which has been used as the means of committing the offenses of Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(8), and Possession of a Machinegun, in violation of Title 18, United States Code, Section 922(o):

a. Items of dominion and control of the premises, to include utility bills, telephone bills, correspondence, business/financial records, and identification documents.

b. Weapons (including but not limited to firearms and explosives) and ammunition, as well as accessories and equipment associated with weapons (including but not limited to equipment for cleaning and maintaining weapons, magazines, scopes, silencers, holsters, and carrying cases).

c. Records or documents relating to the defendant's legal prohibition against possessing firearms, including but not limited to court orders and pleadings related to past legal proceedings.

d. Materials related to the defendant's stated motivation (as described in the attached affidavit) to possess firearms, including but not limited to materials about ISIS and alleged atrocities committed by the United States military overseas, and materials related to plans to attack a military facility and/or kill law enforcement officers or employees of the U.S. government.

e. Address books, directories, or contact lists.

f. Cellular phones and/or smart phones, to be searched *only* for the following:

- Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
- Stored list of recent received, sent, and missed calls;
- Stored contact information;
- Stored photographs, including any embedded GPS data associated with those photographs;
- Stored text messages;
- Stored information relating to historical internet usage, including but not limited to stored URL information; and
- Stored historical locator data, including GPS and cell site data.

1